IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOHN BRIGHT, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) CIVIL ACTION NO. 10-0642-CG-B |
| LEISURE TYME RV, INC., | ) |
| Defendant. | ) |

**ORDER**

This matter is before the court on the suggestion of bankruptcy, motion to enforce automatic stay and motion to extend time to file answer filed by defendant Leizure Tyme RV, Inc. (Doc. 9). Defendant represents in its pleading that it voluntarily filed a Chapter 7 bankruptcy petition on March 13, 2009 in the United States Bankruptcy Court for the Northern District of Florida, case number 09-30491-LMK.

Pursuant to 11 U.S.C. § 362, the filing of a bankruptcy petition operates as a stay of an action. Therefore, the defendant's motion to enforce automatic stay and motion to extend time to file answer are hereby **GRANTED**. Accordingly, this action is **STAYED**, and the clerk of court is directed to place this matter on the court's administrative docket.

The parties shall notify the court within thirty (30) days of the resolution of the bankruptcy proceedings, or of a lift of the stay, at which time this action will be re-instated to the court's active docket. Defendant's answer shall be filed twenty-one (21) days after the court re-instates the case to the active docket.

**DONE and ORDERED** this 8th day of December, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE