# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **JOHN BRIGHT, et al.,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 10-0642-CG-B |
| | ) |
| **LEISURE TYME RV, INC.,** | ) |
| | ) |
| Defendant. | ) |

## ORDER

The parties having filed a joint stipulation of dismissal on May 2, 2013 (Doc. 37), all claims in this cause are hereby **DISMISSED WITH PREJUDICE** pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  Each party shall bear his or its own costs and attorneys' fees.

**DONE and ORDERED** this 3rd day of May, 2013.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE